United States District Court
Southern District of Texas
FILED

NOV 0 7 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **Frances Jordan**<br>    Plaintiffs | §<br>§<br>§ |
| VS. | § CAUSE NO. **B-02-213** |
| | § |
| **United States Postal Service**<br>    Defendants | §<br>§<br>§ |

### PLAINTIFF'S ORIGINAL COMPLAINT

NOW COMES Frances Jordan, hereinafter called Plaintiff, complaining about United States Postal Service, hereinafter called Defendant, and cause of action shows unto the Court the following:

### Parties

**Plaintiff.** The Plaintiff Frances Jordan is an individual.

**Defendants.** The Defendants, The United States Postal Service is a Government Agency which may be served by serving Michael Shelby, United States Attorney for Southern District of Texas, P. O. Box 61129, Houston, Texas 77208, Mr. Jack Potter, Post Master General, L'ENFANT Plaza S. W., Washington, D. C. 20260, and Honorable John Ashcroft, Attorney General of United States Department of Justice, Room 4400, 950 Pennsylvania Avenue N. W., Washington, D. C. 2530-0001.

### Jurisdiction

This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 2679 (a) and 39 U.S.C. § 401 (1) et seq.

### Venue

Venue is appropriate in this Court. The Defendants reside in Cameron County, Texas, within the venue of this court.

### Facts

1.   At all times material hereto, Defendant United States Postal Service was the possessor in control of the premises located at 1502 New Combes Highway, Harlingen, Texas.

2.   Frances Jordan entered upon said premises for the purpose of purchasing stamps and retrieving her mail. She entered on the said property of Defendant at the invitation of Defendant to engage in the act of mailing.

3. During the time that Frances Jordan was upon Defendant's property, Frances Jordan was seriously injured as a result of a dangerous condition in that she fell and injured her face, wrist, cracked two (2) ribs on left side, bruised left hand, bruised both right and left knee.

4. Frances Jordan's bodily injuries occurred as a direct result of a fall that was proximately caused by the dangerous condition described above which Defendant knew or, in the exercise of ordinary casre, should have known existed.

**LIABILITY OF DEFENDANT UNITED STATES POSTAL SERVICE**

5. On or about November 11, 2000, and at all times mentioned herein, Defendant United States Postal Service, was the possessor of the property in question and either owned, occupied or maintained the premises located at 1502 New Combes Highway, Harlingen, Texas.

6. At all times mentioned herein, Defendant United States Postal Service had such control over the premises in question that Defendant United States Postal Service owed certain duties to Plaintiff, the breach of which proximately caused the injuries set forth herein.

7. Defendant United States Postal Service, Defendant's agents, servants, and employees negligently allowed the sidewalk to contain an unsafe condition and negligently or willfully failed to warn Plaintiff of the condition of the sidewalk. This condition existed despite the fact that Defendant United States Postal Service or Defendant's agents knew or should have known of the existence of the aforementioned condition and that there was a likelihood of a person being injured as occurred to Plaintiff.

8. Furthermore, Plaintiff would show the court that the condition of the sidewalk had continued for such period that, had Defendant United States Postal Service, or Defendant's agents exercised ordinary care in the maintenance of the sidewalk surface area, it would have been noticed and corrected by such persons.

9. At all times pertinent herein, Defendant, United States Postal Service, and any of Defendant's agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in:

A. Failing to properly inspect and maintain the sidewalk area in question to discovery the dangerous condition;

B. Failing to maintain the sidewalk in reasonably safe condition;

C. Failing to give adequate and understandable warnings to Plaintiff of the unsafe condition of the sidewalk area;

D. Failing to give warnings to Plaintiff of the unsafe condition;

E.  Failing to remedy the problem which created the condition causing the slip and fall; and

F.  Failing to discover and remedy the condition which created the condition within reasonable time.

## PROXIMATE CAUSE

10. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendants, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## DAMAGES FOR PLAINTIFF, FRANCES JORDAN

11. As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendants acts as described herein, Plaintiff, Frances Jordan, was caused to suffer injury, and to endure anxiety, pain, and illness resulting in damages more fully set forth below.

12. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Frances Jordan has incurred the following damages:

A.  Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Frances Jordan for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas.

B.  Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

C.  Physical pain and suffering in the past;

D.  Physical pain and suffering in the future;

E.  Physical impairment in the past;

F.  Physical impairment which, in all reasonable probability, will be suffered in the future;

G.  Fear of future disease or condition.

13. By reason of the above, Plaintiff, France Jordan has suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Frances Jordan, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the legal rate, costs of court; and such other further relief to which the Plaintiff may be entitled at law or in equity.

                                             Respectfully submitted,

                                             McCullough and McCullough

By: _____
Gene McCullough
Texas Bar No. 00794267
323 E. Jackson
P.O. Box 2244
Harlingen, Texas 78551-2244
Tel. (956) 423-1234
Fax (956) 423-4976
Attorney for Plaintiff

Fed Id. 01292