*Postmaster General* **RETURN OF SERVICE** *CAB-02-213*

| Service of the Summons and Complaint was made by me [1] | DATE *11-14-02* ③ |
|---|---|
| NAME OF SERVER *(PRINT)* *Linda M. Salazar* | TITLE *Civil Processor* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

_____
DEC 1 0 2002

_____
Michael N. Milby
Clerk of Court

☒ Other (specify): *Certified Mail*

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *11-19-02*
Date

*Linda M. Salazar*
Signature of Server

*4914 Boca Chica Blvd*

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Prov)*

7099 3400 0014 6148 0585

| Postage | $ .37 |
|---|---|
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Mr. Jack Potter
Street, Apt. No.; or PO Box No.
475 L'Enfant Plaza S.W.
City, State, ZIP+4
Washington, D.C. 20260

(1) As to who may serve a summons see Rule 4 of the Federal Rules

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Jack Potter
Post Master General
475 L'Enfant Plaza S.W.
Washington, D.C. 20260

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) OPMG
B. Date of Delivery 11/18

C. Signature
X _____ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0014 6148 0585

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789