USAtty - Houston **RETURN OF SERVICE** CA B-02-213

Service of the Summons and Complaint was made by me [1]

DATE: 11-14-02 (4)

NAME OF SERVER (PRINT): Linda M. Salazar
TITLE: Civil Processor

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

DEC 1 0 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): Certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/19/02

Signature of Server: Linda M. Salazar

Address of Server: 4914 Boca Chica Blvd

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | | |
|---|---|---|
| Postage | $ | .57 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark Here 15

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Mr. Michael Shelby
Street, Apt. No., or PO Box No.
P.O. Box 61129
City, State, ZIP+4
Houston, Texas 77208

7099 3400 0014 6148 0592

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. Michael Shelby
United States Attorney For
Southern District of Texas
Attn: Civil Process Clerk
P.O. Box 61129
Houston, Texas 77208

A. Received by (Please Print Clearly)
B. Date of Delivery: 11/19/2
C. Signature: X ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0014 6148 0592

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M

(1) As to who may serve a summons see Rule 4 of the Federal Rules