O 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

John Ashcroft    **RETURN OF SERVICE**    LAB-02-213

| Service of the Summons and Complaint was made by me [1] | DATE 11-14-02 |
|---|---|
| NAME OF SERVER (PRINT) Linda M. Salazar | TITLE Civil Processor |

(5)

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

DEC 1 2 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): _Certify Mail_ _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11-22-02_
Date                    _Linda M. Salazar_

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

KATIE TX
Postmark
Here
15

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Hon. John Ashcroft
Street, Apt. No.; or PO Box No.
950 Pennsylvania Avenue N.W.
City, State, ZIP+4
Washington, D.C. 2530-0001

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable John Ashcroft
Attorney General of
United States Dept of Justice
Room 4400
950 Pennsylvania
Avenue N.W.
Washington, D.C.
2530-0001

2. Article Number (Copy from service label)
7099 3400 0014 6148 0578

PS Form 3811, July 1999    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-99-M

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.