United States District Court
Southern District of Texas
FILED

FEB 1 8 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Frances Jordan | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-213 |
| | § | |
| United States of America | § | |
| Defendants | § | |

## MOTION FOR LEAVE TO FILE AMENDED PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Plaintiff Frances Jordan, Movant, filing this Motion for Leave to file amended pleadings herein, and hereby shows the following:

I.

The pleading sought to be amended is entitled "Plaintiff's Original Complaint," and was filed on or about November 7, 2002 herein.

II

Movant requests that the Court grant leave to file amendments to pleadings described as follows:

   A.   Plaintiff believes that the incorrect Defendant was named in this case; therefore, Plaintiff requests leave to name the correct defendant.

III.

The amended pleadings offered herein will not operate as a surprise to any other party herein as counsel for Plaintiff has conferred with that of the opposing party and agree to this change.

IV.

Movant requests that the Court grant leave to file amended pleadings as requested hereinabove.

**WHEREFORE, PREMISES CONSIDERED,** Movant requests that the Court grant leave to file amended pleadings, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

McCullough & McCullough

By: _____
Gene McCullough
Texas Bar No. 00749267
Federal ID No. 19292
323 E. Jackson Street
P.O. Box 2244
Harlingen, Texas 78551-2244
Tel. (956) 423-1234
Fax. (956) 423-4976
Attorney for Plaintiff
Frances Jordan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Frances Jordan** | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-02-213** |
| | § | |
| **United States of America** | § | |
| **Defendants** | § | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED PLEADINGS

On _____, the Court considered the Motion for Leave to File Amended Pleadings by Frances Jordan, Movant, seeking to amend the Plaintiff's Original Complaint filed herein, and is of the opinion that the same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that, Movant is granted leave to file the amendments to pleadings described as follows:

    A.    Plaintiff believes that the incorrect Defendant was named in this case; therefore, Plaintiff is permitted leave to name the correct defendant..

**SIGNED** on _____, 2003.

_____
JUDGE PRESIDING

## **CERTIFICATE OF SERVICE**

      I certify that on February 11, 2003, a true and correct copy of Plaintiff's Motion for Leave to File Amended Pleadings was served by regular mail on:

Michael Shelby
United States Attorney for Southern District of Texas
P.O. Box 61129
Houston, Texas 77208

Nancy Masso
Assistant United States Attorney
600 East Harrison, #201
Brownsville, Texas 78520-7114

_____
Gene McCullough

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Frances Jordan** | § | |
| **Plaintiffs** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-213 |
| | § | |
| **United States of America** | § | |
| **Defendants** | § | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED PLEADINGS

On _____, the Court considered the Motion for Leave to File Amended Pleadings by Frances Jordan, Movant, seeking to amend the Plaintiff's Original Complaint filed herein, and is of the opinion that the same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that, Movant is granted leave to file the amendments to pleadings described as follows:

A.  Plaintiff believes that the incorrect Defendant was named in this case; therefore, Plaintiff is permitted leave to name the correct defendant..

**SIGNED** on _____, 2003.

_____
JUDGE PRESIDING