United States District Court
Southern District of Texas
FILED

MAR 1 3 2003

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **Frances Jordan** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-02-213** |
| | § | |
| **United States of America** | § | |
| **Defendants** | § | |

## DISCLOSURES AS REQUIRED BY RULE 26 FRCP

## CONFERENCE AS REQUIRED BY RULE 26 FRCP

A telephone conference was held on Monday, March 10, 2003.

## PLAINTIFF

A) **Name, address, and telephone number of the plaintiffs are as follows.**

Frances Jordan
P.O. Box 107
Combes, Texas 78535

B) **Factual Background**

At all times material hereto, Defendant United States of America was the possessor in control of the premises located at 1502 New Combes Highway, Harlingen, Texas. Frances Jordan entered upon said premises for the purpose of purchasing stamps and retrieving her mail. She entered on the said property of Defendant at the invitation of Defendant to engage in the act of mailing. During the time that Frances Jordan was upon Defendant's property, Frances Jordan was seriously injured as a result of the dangerous and unsafe condition of the sidewalk in that she fell and injured her face, wrist, cracked two (2) ribs on the left side, bruised her left hand, and bruised both her right and left knees. Frances Jordan's bodily injuries occurred as a direct result of a fall that was proximately caused by the dangerous and unsafe condition of the sidewalk described above which Defendant knew or, in the exercise of ordinary care, should have known existed.

C) **Insurance**

No insurance agreement is applicable to this matter.

**DISCLOSURE OF EXPERT TESTIMONY**

    **A)** **The identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence are as follows:**

    Expert witnesses have not yet been identified.

    **B)** **Expert Reports**

    Reports will be provided when available.

Respectfully Submitted,

McCullough & McCullough
323 East Jackson Street
P.O. Box 2244
Harlingen, Texas 78551-2244

By: _____
Gene McCullough
State Bar No. 00794267
Federal ID: 19292

## CERTIFICATE OF SERVICE

I certify that on March 11, 2003, a true and correct copy of DISCLOSURES AS REQUIRED BY RULE 26 FRCP was served by courier, on the following:

Nancy Masso
Assistant United States Attorney
600 East Harrison, #201
Brownsville, Texas 78520-7114
Tel. (956) 548-2554
Fax. (956) 548-2549

_____
Gene McCullough