IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 17 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FRANCES JORDAN, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. B-02-213 |
| UNITED STATES POSTAL SERVICE | § |
| Defendant. | § |

## ORDER

BE IT REMEMBERED that on March 17, 2003, the Court **GRANTED** Plaintiff's Motion For Leave To Amend [Dkt. No. 7]. The Clerk of the Court will amend the docket to reflect that the Defendant in this matter is the United States of America, not the United States Postal Service.

DONE at Brownsville, Texas, this 17th day of March 2003.

Hilda G. Tagle
United States District Judge