| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

FRANCES JORDAN §

vs. §   Civil Action B: 02-213

UNITED STATES OF AMERICA §
(United States Postal Service)

**United States District Court
Southern District of Texas
ENTERED
MAR 2 0 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk**

## SCHEDULING ORDER

1. Trial: Estimated time to try: 2 - 3 days.  ■Bench  ❏ Jury

2. New parties must be joined by:   3/28/03
   *Furnish a copy of this scheduling order to new parties.*

3. Status report (regarding settlement) to be filed by:   4/15/03*
   *If case is not settled by this date, then case to be mediated.

4. The plaintiff's experts will be named with a report furnished by:   6/16/03

5. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

6. Discovery must be completed by:   8/15/03
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

**************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by:   9/15/03

8. Joint pretrial order is due:   11/21/03

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   12/4/03

10. Jury Selection is set for 9:00 a.m. on:   N/A
    (The case will remain on standby until tried)

Signed _March 19_, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge