# Civil  Courtroom  Minutes



JUDGE — Hilda G. Tagle

CASE MANAGER — Stella Cavazos

LAW CLERK — ■ Nicolas    □ Levesque

United States District Court
Southern District of Texas
FILED
MAR 17 2003
Michael N. Milby, Clerk of Court

DATE — 03 — 17 — 03

TIME — 2:50 2:41 a.m. / p.m. — 3:05 2:51 a.m. / p.m.

CIVIL ACTION — B — 02 — 213

STYLE —
**Frances Jordan**
*versus*
**United States Postal Service**

DOCKET ENTRY

(HGT) ■ Initial Pretrial Confernce;        (Court Reporter: Breck Record)

Attorney for Plaintiff:        Arthur McCullough

Attorney for Defendant:        Nancy Masso

**Notes:**

1.    The Court announced that it signed an order granting Plaintiff's motion for leave to amend pleadings.

2.    Plaintiff's counsel explained the natures of Plaintiff's injuries.  Plaintiff is complaining primarily of wrist injuries which resulted in carpal tunnel syndrome.  Her medical bills total approximately $15,000.

3.    Plaintiff's counsel believes the evidence will show Plaintiff tripped over the lip opf an intersection of two sidewalks.

4.    The parties have discussed settlement.

5.    Ms. Masso believes a factual dispute exists regarding whether injuries are attributable to the November 2000 fall at the post office or a subsequent fall in April 2001.

6.    The Court will order the parties to mediation after April 15, 2003.