United States District Court
Southern District of Texas
FILED

APR 1 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCES JORDAN | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION No. B-02-213 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

## STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

This Status Report is submitted in accordance with this Court's instructions of March 17, 2003. Earlier today, the parties reached terms of settlement. Settlement documents will soon be prepared and circulated for all parties' signatures. Once completed, the parties will formally submit a "Notice of Settlement" and any other such documentation that this Court may require.

### Certification of Conference

Counsel for the government has conferred with Plaintiff's counsel regarding this status report, and he concurs with subject matter set forth herein.

Date: 4/15/03

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Status Report was forwarded via first class mail to Plaintiff's attorney at the following address:

GENE McCULLOUGH
323 E. Jackson
P.O. Box 2244
Harlingen, Texas 78551-2244

_4/15/03_
Date

NANCY L. MASSO
Assistant U.S. Attorney