United States District Court
Southern District of Texas
FILED

MAY 1 6 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCES JORDAN | * | |
| | * | |
| v. | * | CIVIL ACTION No.  B-02-213 |
| | * | |
| UNITED STATES OF AMERICA | * | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, notifies the Court that the matters in controversy in this cause of action have been fully and finally settled by and between the Parties via the attached copy of the fully executed Stipulation for Compromise Settlement.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E.  Harrison St. #201
Brownsville, Texas  78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No.  10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Notice of Settlement was mailed to Arthur Eugene McCullough, Attorney at Law, P.O. Box 2244, Harlingen, TX 78550 on this the _____ day of MAY, 2003 via Certified Mail, Return-Receipt Requested.

NANCY L. MASSO
Assistant United States Attorney

## STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. Sec. 2677

It is hereby stipulated by and between the undersigned claimant, Plaintiff Frances Jordan and the United States of America, defendant, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the occurrence which happened on November 13, 2000, in Harlingen, Texas, and especially from all liability and claims arising out of the acts of the parties released mentioned in the Original Complaint and the First Amended Complaint filed by Frances Jordan, who is the Plaintiff, and has sued the United States in the United States District Court for the Southern District of Texas, bearing Civil Action No. B-02-213, under the terms and conditions set forth in this Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims (Stipulation for Compromise Settlement and Release).

2. The United States of America agrees to pay the sum of $24,000.00 (Twenty-four Thousand Dollars) which shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property, attorney's fees, and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which plaintiff or her heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

3. Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum set forth in this Stipulation for Compromise Settlement and Release in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind unknown, foreseen and unforeseen bodily and personal injuries, damage to property, attorney's fees, and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-mentioned action, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages.

Plaintiff and her heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff or her heirs, executors, administrators or assigns against any third party, or against the United States, including claims for wrongful death. It is provided, however, that the United States agrees to resolve and satisfy any claims made by Medicare relating to the above-mentioned action up to and including the date of settlement. It is further understood that any amount paid by the United States to settle any claim by Medicare shall not be included in determining attorneys' fees under 28 U.S.C. §2678. Further, it is agreed that neither the Plaintiff nor her attorney will seek or take any compensation or fees from the Centers for Medicare/Medicaid Services as a result of any payment by the United States to the Centers for Medicare/Medicaid Services.

4. This Stipulation for Compromise Settlement and Release is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to the Plaintiff. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5. It is also agreed, by and among the parties that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the plaintiffs will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to 28 U.S.C. §2678, attorneys fees for services rendered in connection with this action shall not exceed 25 per cent of the amount of the compromise settlement.

7. The person signing this Stipulation for Compromise Settlement and Release warrants and represents that he or she possesses the full authority to bind the person on whose behalf he or she is signing to the terms of the settlement.

2

8. Payment of the settlement amount will be made by a check made payable to Plaintiff, Frances Jordan, and her attorney, Gene McCullough. This check will be forwarded to plaintiff's attorney, Gene McCullough, at 323 E. Jackson, P.O. Box 2244, Harlingen, Texas 78551-2244. Mr. McCullough agrees to distribute the settlement proceeds to the plaintiff.

9. Plaintiff's attorney agrees to obtain a dismissal of the above-mentioned lawsuit with prejudice, with each party bearing its own fees, costs and expenses.


**APPROVED AS TO SUBSTANCE AND FORM:**

UNITED STATES OF AMERICA,
Defendant,

THROUGH:

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

Date: April 21, 2003

NANCY L. MASSO
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
600 East Harrison Street, No. 201
Brownsville, Texas 78520
TEL: (956) 548-2554
FAX: (956) 548-2549
Texas Bar No. 00800490
Federal Bar No. 10263

FRANCES JORDAN,
Plaintiff,

Date: 5/14/03

FRANCES JORDAN

Date: 5/14/03

GENE McCULLOUGH
323 E. Jackson
P.O. Box 2244
Harlingen, Texas 78551-2244
Texas Bar No.
Federal I.D. No.
Attorney for Plaintiffs

3