*16*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCES JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-213 |
| | § | |
| UNITED STATES POSTAL SERVICE | § | |
| | § | |
| Defendant. | § | |

## Final Order of Dismissal

BE IT REMEMBERED that on May 19, 2003, the Court considered the Parties' Notice of Dismissal [Dkt. No.15]. Having been advised by counsel that a settlement has been reached, the Court dismisses this case with prejudice. The Court retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 19th day of May 2003.

Hilda G. Tagle
United States District Judge